# Court of Appeals
# of the State of Georgia

ATLANTA, June 30, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1685. SAM LEVINE v. GEORGIA ALLOY, LLC et al.

Following an unfavorable dispossessory ruling, Sam Levine appealed to this Court, and we affirmed the trial court's ruling. See *Levine v. Georgia Alloy, LLC*, Case No. A19A0187, decided May 21, 2019. On March 11, 2020, the trial court entered its Remittitur Order. Levine then filed this appeal from that order.

OCGA § 5-6-10 requires the trial court to carry out this Court's decision. In entering the order upon remittitur, the trial court fulfilled this requirement. Accordingly, "the controversy is at an end; [and] the rights of the parties, so far as they are involved in the litigation, are conclusively adjudicated." *Pearle Optical of Monroeville v. Georgia State Bd. of Examiners in Optometry*, 219 Ga. 856, 858 (136 SE2d 371) (1964). It follows that no appeal is permitted from the remittitur order, and this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 06/30/2020
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.